| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 2:07-CR-0341-FCD |
| v. | ) | |
| | ) | |
| JODI LYNN GARCIA, | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

            (X) Ad Prosequendum                        () Ad Testificandum

Name of Detainee:     Jodi Lynn Garcia
Detained at (custodian):     Butte County Jail
Detainee is:     a.)    (X) charged in this district by:   (X) Indictment  () Information   () Complaint
                            charging detainee with: <u>18/371, 1708, 1344(2); 18/1708; 18/1344(2); 18/1028A(a)(1)</u>
        or     b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)    (X) return to the custody of detaining facility upon termination of proceedings
        or     b.)    () be retained in federal custody until final disposition of federal charges, as a sentence is
                          currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:                <u>\s\ *Michelle Rodriguez*</u>
Printed Name & Phone No:   <u>MICHELLE RODRIGUEZ, Tel: (916) 554-2700</u>
Attorney of Record for:     <u>United States of America</u>

## WRIT OF HABEAS CORPUS

           (X) Ad Prosequendum                     () Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: August 13, 2007.

<u>U.S. MAGISTRATE JUDGE</u>

Please provide the following, if known:

AKA(s) (if applicable):   <u>Jodi Lynn Garcia, aka: Joe Garcia</u>       Female
Booking or CDC #:     <u>CII #A10056203</u>               DOB: 9/19/1975
Facility Address:                                   Race:
                                           FBI #: 564339LB7
Facility Phone:
Currently Incarcerated For:

## RETURN OF SERVICE

Executed on     _____     By: _____
                                                   (Signature)